PER CURIAM.
Affirmed. See Melvin v. State, 645 So.2d 448 (Fla.1994); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Coughlin v. State, 932 So.2d 1224 (Fla. 2d DCA 2006) (en banc); Nedd v. State, 855 So.2d 664 (Fla. 2d DCA 2003); Vidak v. State, 793 So.2d 27 (Fla. 2d DCA 2001); White v. State, 935 So.2d 554 (Fla. 3d DCA 2006); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
NORTHCUTT, WALLACE, and CRENSHAW, JJ., Concur.